# United States District Court for the Northern District of Illinois

Case Number: 08CV2905          Assigned/Issued By: DAJ

Judge Name: KENNELLY          Designated Magistrate Judge: VALDEZ

## FEE INFORMATION

*Amount Due:*  ☐ $350.00   ☐ $39.00   ☐ $5.00
              ☐ IFP       ☐ No Fee   ☐ Other _____
              ☐ $455.00

Number of Service Copies _____          Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____          Receipt #: _____

Date Payment Rec'd: _____          Fiscal Clerk: _____

## ISSUANCES

☑ Summons                                    ☐ Alias Summons

☐ Third Party Summons                        ☐ Lis Pendens

☐ Non Wage Garnishment Summons               ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons         _____
                                             _____
☐ Citation to Discover Assets                (Victim, Against and $ Amount)

☐ Writ _____
       (Type of Writ)

  2  Original and  2  copies on  05/23/08  as to  ADVOCATE BETHANY
                                  (Date)
HOSPITAL,ADVOCATE HEALTH & HOSPITAL CORPORATION.
_____

C:\wpwin80\docket\feeinfo.frm     03/14/05