# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: 08-cv-02905 |

Ruthie Nelson, Plaintiff
v.
Advocate Bethany Hospital and
Advocate Health and Hospitals
Corporation, Defendants

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Advocate Bethany Hospital and Advocate Health and Hospitals Corporation

---

| NAME (Type or print) |
|---|
| Raven A. Winters |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Raven A. Winters |

| FIRM | |
|---|---|
| Littler Mendelson, P.C. | E-mail: rwinters@littler.com |

| STREET ADDRESS |
|---|
| 200 N. LaSalle Street, Suite 2900 |

| CITY/STATE/ZIP |
|---|
| Chicago, IL 60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6291077 | 312.372.5520/Fax-312.372.7880 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ |

## CERTIFICATE OF SERVICE

I hereby certify that on June 4, 2008, I electronically filed **Defendants' Appearance and Certificate of Service** with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:

John Chris Goodman
Pomper & Goodman
111 W. Washington St.
#1000
Chicago, IL 60602
cgood100@yahoo.com


                                _s/ Raven A. Winters_
                                  Raven A. Winters