IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RUTHIE NELSON,<br><br>           Plaintiff,<br><br>v.<br><br>ADVOCATE BETHANY HOSPITAL and ADVOCATE HEALTH & HOSPITALS CORP.,<br><br>           Defendants. | No.  08 CV 2905<br><br>Judge Matthew Kennelly<br><br>Magistrate Judge Maria Valdez |

### DEFENDANTS' MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD

Defendants, Advocate Bethany Hospital and Advocate Health & Hospitals Corp., by and through their attorneys, Grady B. Murdock, Jr. and Raven A. Winters, hereby move for a two-week extension of time to Answer or otherwise plead, up to and including June 30, 2008.  In support of this motion, Defendants state the following:

1. The Complaint in this case was filed on or about May 19, 2008; the Summons and Complaint herein were issued on May 23, 2008.

2. Defendants were served a copy of the Complaint on May 27, 2008, with an answer or appearance due on June 16, 2008.

3. Defense counsel has recently been retained to represent Defendants' interests in this matter.  Defendants are still in the process of investigating the allegations raised in Plaintiff's Complaint.  Therefore, Defendants respectfully request an additional two weeks, up to and including June 30, 2008, to answer or otherwise plead to the Complaint herein.

4. On June 6, 2008, counsel for Defendants called Plaintiff's counsel to advise him

-2-

of this motion and to determine whether he would agree to the motion, but Plaintiff's counsel was not in the office and does not have voicemail. Defense counsel then sent Plaintiff's counsel an email advising him of the same. At the time of this filing, Defense counsel had not received a response from Plaintiff's counsel.

5. This extension is sought in good faith, is not brought for purposes of delay or any other improper purpose, and will not unduly prejudice either party.

WHEREFORE, Defendants respectfully request that this Court grant its Motion For Extension of Time to Answer or Otherwise Plead until June 30, 2008.

Respectfully submitted,

ADVOCATE BETHANY HOSPITAL
AND ADVOCATE HEALTH AND
HOSPITALS CORP.

By: s/ Raven A. Winters
     One of Its Attorneys

Grady B. Murdock, Jr. (#1992236)
Raven A. Winters (#6291077)
LITTLER MENDELSON
A Professional Corporation
200 N. LaSalle Street
Suite 2900
Chicago, IL 60601
312.372.5520

Dated: June 6, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on June 6, 2008, a copy of ***Defendant's Motion for Extension of Time to Answer or Otherwise Plead*** was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic system.

John Chris Goodman cgood100@yahoo.com
POMPER AND GOODMAN
111 W. Washington St. #1000
Chicago, IL 60602

                 _____s/ Raven A. Winters_____
                 Raven A. Winters