IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **RUTHIE NELSON,**<br><br>             Plaintiff,<br><br>v.<br><br>**ADVOCATE BETHANY HOSPITAL and ADVOCATE HEALTH & HOSPITALS CORP.,**<br><br>             Defendants. | No.  08 CV 2905<br><br>Judge Matthew Kennelly<br><br>Magistrate Judge Maria Valdez |

### NOTICE OF MOTION

TO:   John Chris Goodman
      Pomper and Goodman
      111 W. Washington St., #1000
      Chicago, Illinois 60602

     **PLEASE TAKE NOTICE** that on **June 11, 2008 at 9:30 a.m.**, we shall appear before the Hon. Judge Matthew Kennelly in Room 2103 of the United States District Court for the Northern District of Illinois, Eastern Division, and then and there present **Defendant's Motion for Extension of Time to Answer or Otherwise Plead**, a copy of which is attached hereto and served upon you.

                                                       Respectfully submitted,

                                                       ADVOCATE BETHANY HOSPITAL
                                                       AND ADVOCATE HEALTH AND
                                                       HOSPITALS CORP.

                                                       By:  s/ Raven A. Winters
                                                            One of Its Attorneys

Grady B. Murdock, Jr. (#1992236)
Raven A. Winters (#6291077)
LITTLER MENDELSON
A Professional Corporation
200 N. LaSalle Street, Suite 2900
Chicago, IL  60601
312.372.5520

Dated: June 6, 2008

-2-

## CERTIFICATE OF SERVICE

I hereby certify that on June 6, 2008, a copy of **Defendant's Notice of Motion for Extension of Time to Answer or Otherwise Plead** was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic system.

John Chris Goodman cgood100@yahoo.com
POMPER AND GOODMAN
111 W. Washington St. #1000
Chicago, IL 60602

s/ Raven A. Winters
Raven A. Winters