AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

2008 JUN 10
U.S. DISTRICT COURT

SUMMONS IN A CIVIL CASE

Ruthie Nelson

CASE NUMBER: 08 cv 2905

V.

ASSIGNED JUDGE: Matthew Kennelly

Advocate Bethany Hospital, &
Advocate Health & Hospital Corp.

DESIGNATED
MAGISTRATE JUDGE: Maria Valdez

TO: (Name and address of Defendant)

Advocate Bethany Hospital
3435 W. Van Buren
Chicago IL. 60624-3359

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Pomper & Goodman 111 W. Washington Suite # 1000 Chicago, IL. 60602

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

MAY 2 3 2008

DATE

08 CV 2905

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE | May 23, 2008 |
| NAME OF SERVER (PRINT)  Jerry Brown | TITLE | Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: Advocate Bethany Hospital- Service was accepted by Jane Barnet, risk manager at 3435 W. Van Buren, Chicago, Il. at 3:10 p.m.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

FILED
JUN 10 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  May 23, 2008
Date

*Signature of Server*  Jerry Brown

9030 Lamon, skokie, Il. 60077
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.