AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**FILED**
**JUNE 10, 2008**
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

SUMMONS IN A CIVIL CASE

Ruthie Nelson

V.

Advocate Bethany Hospital, &
Advocate Health & Hospital Corp.

CASE NUMBER: 08 cv 2905

ASSIGNED JUDGE: Matthew Kennelly

DESIGNATED MAGISTRATE JUDGE: Maria Valdez

TO: (Name and address of Defendant)

Advocate Health & Hospital Corporation
C/O Gail S. Hasbrouck, Reg Agt.
2025 Windsor Drive Oak Brook IL. 60523

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Pomper & Goodman 111 W. Washington Suite # 1000 Chicago, IL. 60602

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

DATE: MAY 2 3 2008

08 cv 2905

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE May 27, 2008 |
| NAME OF SERVER *(PRINT)* Jeff Brown | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: Advocate Health & Hospital Corporation C/O Gail S. Hasbrouck, Reg Agt.-service was accepted by Audrey Noftz, administrative assistant at the above address at 9:20a.m.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

*FILED JUN 10 2008 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT*

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on May 27, 2008
             Date

*Signature of Server* /s/ Jeff Brown

9030 Lamon, Skokie, Il. 60077
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.