## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2905 | **DATE** | 6/20/2008 |
| **CASE TITLE** | Ruthie Nelson vs. Advocate Bethany Hospital, et al. | | |

**DOCKET ENTRY TEXT**

Status hearing set to 9:00 a.m. on **Monday, July 21, 2008** before Judge Kennelly, in Chambers, Room 2188. Parties are to review and comply with Judge Kennelly's standing initial order, which may be found on his web page, located http://www.ilnd.uscourt.gov at http://www.ilnd.uscourts.gov/JUDGE/KENNELLY/mfkpage.htm. Counsel for plaintiff (s) are ordered to cause a copy of this order to be delivered forthwith to each defendant in the same manner that summons has been or is being served on each defendant.

Docketing to mail notices.

| | Courtroom Deputy Initials: | DS |
|---|---|---|