UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Ruthie Nelson
                    Plaintiff,

v.                                         Case No.: 1:08−cv−02905
                                                        Honorable Matthew F. Kennelly

Advocate Bethany Hospital, et al.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 21, 2008:

      MINUTE entry before the Honorable Matthew F. Kennelly:Status hearing pursuant to Rule 16(b) held on 7/21/2008, and continued to 10/21/2008 at 09:30 AM. Rule 26(a)(1) disclosures are to be made by 8/21/2008. Deadline for amending pleadings and adding parties is 11/30/2008. Fact discovery ordered closed 1/30/2009. Rule 26(a)(2) disclosures are due by 3/2/2009; rebuttal disclosures are due 4/2/2009. Expert discovery ordered closed 5/1/2009. (or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.